UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tristan M., | Case No. 23-CV-2077 (JMB/DTS) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| Martin J. O'Malley, *Commissioner of Social Security Administration*, | |
| Defendant. | |

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz dated April 16, 2024. (Doc. No. 28.) The R&R recommends that Plaintiff Tristan M.'s Motion for Summary Judgment (Doc. No. 20) be denied, and that Defendant Martin J. O'Malley's Motion for Summary Judgment (Doc. No. 26) be granted. (*See* Doc. No. 28.) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 28) is ADOPTED.

2. Plaintiff's Motion for Summary Judgment (Doc. No. 20) is DENIED.

3. Defendant's Motion for Summary Judgment (Doc. No. 26) is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 16, 2024                                       /s/ Jeffrey M. Bryan
                                                                              Judge Jeffrey M. Bryan
                                                                              United States District Court